608

478 A.2d 129

Peretin, Appellant, v. Pessolano.
Petition for Allowance of Appeal
Denied Nov. 26, 1984.

Argued January 26, 1984. Anne M. McArdle, for appellant; Robert S. Grigsby, for appellees.

Before WIEAND, TAMILIA and POPOVICH, JJ.

Order affirmed.

WIEAND, J., concurred in the result.

POPOVICH, J., concurred in the result.

478 A.2d 129

Pronto Enterprises, Appellant, v. City of Monessen, etc.

Argued April 11, 1984. Sanford S. Finder, for appellant; Jack R. Sparacino, for City of Monessen, appellee; Daniel Myshin, for Gaydos; appellee.

Before ROWLEY, JOHNSON and POPOVICH, JJ.

Order affirmed.